Order Filed on May 20, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>Authorized Agent for Secured Creditor<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-888<br><br>Harold Kaplan (HK0226) | |
| In Re:<br><br>**Andrew Ciccaglione,**<br><br>Debtor,<br><br>**Nora Ciccaglione,**<br><br>Joint Debtor. | Case No.:    17-27605-JNP<br><br>Chapter:    13<br><br>Hearing Date:  May 17, 2022<br><br>Judge:    Jerrold N. Poslusny Jr. |

## AGREED ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: May 20, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Secured Creditor: Nationstar Mortgage LLC

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Debtors' Counsel: Robert Braverman

Property Involved ("Collateral"): 307 New Broadway, Brooklawn, NJ 08030

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ■ The Debtor is overdue for 3 payments from March 1, 2022 through May 1, 2022 at $1,271.37 per month.

   Funds Held In Suspense $453.09.

   Total Arrearages Due $3,361.02.

2. Debtor must cure all post-petition arrearages, as follows:

   ■ Immediate payment shall be made in the amount of $2,542.74. Payment shall be made within 10 days of entry of this Order.

   ■ Beginning on June 1, 2022, regular monthly mortgage payments shall continue to be made in the amount of $1,271.37.

   ■ Beginning on June 15, 2022, monthly cure payments shall be made in the amount of $136.38 for 6 months.

3. Payments to the Secured Creditor shall be made to the following address(es):

- Regular monthly payment: Nationstar Mortgage LLC d/b/a Mr. Cooper
  ATTN: Bankruptcy Dept
  PO Box 619094
  Dallas, TX 75261-9741

- Monthly cure payment: Nationstar Mortgage LLC d/b/a Mr. Cooper
  ATTN: Bankruptcy Dept
  PO Box 619094
  Dallas, TX 75261-9741

4. In the event of Default:
- Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

- This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Consent Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $188.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

6. In the event Secured creditor has not filed a timely Proof of Claim, Debtor consents to the filing and payment by the Chapter 13 Trustee of any late filed Proof of Claim, subject to the right of the Debtor to file an objection as to the amount.

The undersigned hereby consent to the form and entry of the foregoing order.

_____            /s/Harold Kaplan
Robert Braverman, Esq.                                   Harold Kaplan, Esq.
*Attorney for Debtor(s)*                                  *Attorney for Secured Creditor*
Date: 5/12/22                                                   Date: 5/13/2022

13
SUITE F
MT. LAUREL, NJ 08054

CLERK U.S. BANKRUPTCY COURT
U.S. POST OFFICE AND COURTHOUSE
401 MARKET STREET
CAMDEN, NJ 08101



US POSTAGE
ZIP 08054
02 4W
0000385687