Form cscnodsc − ntccsclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−27605−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew Ciccaglione
   307 New Broadway
   Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−7157

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423)
     proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations
     due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case
     commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a
     case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during
     the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy
     Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy
     Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13
     of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the
     Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 7, 2022
JAN: eag

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Andrew Ciccaglione  
    Debtor

Case No. 17-27605-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 07, 2022 | Form ID: cscnodsc | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Ciccaglione, 307 New Broadway, Gloucester City, NJ 08030-2746 |
| 517037777 | ++ | FORSTER & GARBUS LLP, 60 VANDERBILT MOTOR PARKWAY, P O BOX 9030, COMMACK NY 11725-9030 address filed with court:, Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 517037784 | + | State of New Jersey, Div of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 517403026 | + | Toyota Motor Credit Corporation, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517037790 | + | United States Attorney for the IRS, 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2022 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2022 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Dec 07 2022 20:53:00 | Freedom Credit Union, 626 Jacksonville Rd., Suite 250, Warminster, PA 18974-4862 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 07 2022 20:52:00 | Nationstar Mortgage LLC, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 517037774 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2022 20:51:47 | Capital One Bank (USA), NA, PO Box 71083, Charlotte, NC 28272-1083 |
| 517037775 | | Email/Text: documentfiling@lciinc.com | Dec 07 2022 20:52:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 517806393 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 07 2022 20:53:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517806394 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 07 2022 20:53:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517037778 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Dec 07 2022 20:53:00 | Freedom Credit Union, 626 Acksonville Rd, Ste 250, Warminster, PA 18974-4862 |
| 517037776 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2022 20:53:00 | District Director of the IRS, 955 So. Springfield Ave, Springfield, NJ 07081 |
| 517037781 | + | Email/Text: RASEBN@raslg.com | Dec 07 2022 20:52:00 | Nationstar, c/o RAS Cintron, LLC, 130 Clinton Road, Ste 202, Fairfield, NJ 07004-2927 |
| 517167320 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 07 2022 20:53:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO BOX 619094, Dallas, TX 75261-9094 |
| 517168363 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 07 2022 20:53:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517037782 | + | Email/PDF: pa_dc_claims@navient.com | Dec 07 2022 20:52:21 | Navient, 123 Justison St, 3rd Fl, Wilmington, DE 19801-5363 |
| 517090928 | + | Email/Text: bncnotifications@pheaa.org | Dec 07 2022 20:53:00 | Navient Solutions, LLC. on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 517037783 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 21:04:30 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23503 |
| 517248683 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 21:04:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517170189 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 07 2022 20:52:28 | Portfolio Recovery Associates, LLC, c/o RCS Direct Marketing/Household Bank, POB 41067, Norfolk VA 23541 |
| 517236214 | | Email/Text: bnc-quantum@quantum3group.com | Dec 07 2022 20:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517037785 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2022 20:51:49 | Syncb/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517037786 | | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2022 20:52:22 | Syncb/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 517046224 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 07 2022 20:52:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517037787 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 07 2022 20:53:00 | Toyota Financial, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 517037789 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 07 2022 20:53:00 | Toyota Financial (J), PO Box 5855, Carol Stream, IL 60197-5855 |
| 517158139 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 07 2022 20:52:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517037788 | | Toyota Financial |
| 517037779 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517223227 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517037780 | ##+ | Law Office of Robert Braverman, 1060 N Kings Hwy, Ste 333, Cherry Hill, NJ 08034-1910 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Case 17-27605-JNP    Doc 59    Filed 12/09/22    Entered 12/10/22 00:13:52    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: cscnodsc | Total Noticed: 30 |

Date: Dec 09, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2022 at the address(es) listed below:**

**Name**                **Email Address**

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com  kimwilson@raslg.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Kevin M. Buttery
    on behalf of Creditor Nationstar Mortgage LLC kbuttery@moodklaw.com

Kimberly A. Wilson
    on behalf of Creditor Nationstar Mortgage LLC k_wilsonlaw@comcast.net
    courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com

Laura M. Egerman
    on behalf of Creditor Nationstar Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com

Robert Braverman
    on behalf of Debtor Andrew Ciccaglione rbraverman@mcdowelllegal.com
    tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

Robert J. Malloy
    on behalf of Creditor Freedom Credit Union ecf@robmalloylaw.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11